# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FELIPE MUNIZ, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. CIV–17–433–G |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration, | ) |
|         Defendant. | ) |

## ORDER

Now before the Court is Plaintiff's Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 *et seq.* *See* Pl.'s Mot. (Doc. No. 21), filed November 12, 2018. Plaintiff requests attorney's fees in the amount of $5,423.70. Defendant has responded, stating it has no objection to Plaintiff's request. *See* Def.'s Resp. (Doc. No. 23).

Accordingly, the Court **GRANTS** Plaintiff's motion and awards fees in the amount of $5,423.70, payable to Plaintiff, in care of his attorney, Casey L. Saunders, P.O. Box 2318, Ada, Oklahoma 74821. If attorney's fees are also awarded under 42 U.S.C. § 406(b)(1) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff in accordance with *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED THIS 27th day of November, 2018.

*[Signature: Charles B. Goodwin]*
CHARLES B. GOODWIN
United States District Judge